## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAHMAL SHERWOOD**                                                                 **PETITIONER**

**No. 4:26-CV-00418 JM/PSH**

**TIM RYALS, Sheriff, Faulkner County,**
**and DOUG HUNTER, Administrator/Jailor,**
**Faulkner County Detention Center**                              **RESPONDENTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Jahmal Sherwood ("Sherwood"), in the custody of the Faulkner County Detention Center, filed a petition for writ of habeas corpus and a motion for

1

leave to proceed *in forma pauperis* on April 27, 2026. Doc. Nos. 1 & 2. Sherwood also filed an emergency motion for temporary restraining order and preliminary injunction, a brief in support, and a verified fact section for declaration. Doc. Nos. 3-5. On the following day, the undersigned entered an Order denying Sherwood's motion for leave to proceed *in forma pauperis* because the motion did not contain the required financial statement from his custodian. Doc. No. 7. Sherwood was ordered to either submit the $5.00 filing fee or a properly completed *in forma pauperis* application and was directed to comply with the Order within thirty days. Sherwood was also notified of his responsibility to comply with the Local Rules of the Court, including the duty to prosecute his case, to notify the Court of any change in address, and to respond to communication from the Court within thirty days. *Id.*

On May 15, 2026, Sherwood filed a motion for leave to proceed *in forma pauperis* and a motion to appoint counsel. Doc. Nos. 8 & 9. The motion for leave to proceed *in forma pauperis* included a financial statement which showed Sherwood had the means to pay the filing fee. As a result, the Court directed Sherwood in an order dated May 20 to pay the filing fee on or before June 18, 2026. Doc. No. 10.

Sherwood subsequently filed a Notice and Motion for Order for an emergency injunction on May 21 and a motion for appointment of counsel on May 27. Doc.

Nos. 11 & 12.  Sherwood did not pay the filing fee as ordered.  On June 3, mail from the Court, including the May 20 order directing payment of the five dollar filing fee, was returned as undeliverable, indicating that Sherwood was no longer at the Faulkner County Detention Center.  Doc. No. 13.

Sherwood has not complied with the Court's May 20 Order.  In addition, Sherwood has not complied with the Local Rule directing him to notify the Court of any change of address.  Under these circumstances, the Court concludes that Sherwood's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, the Court recommends that Sherwood's petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue

3

on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the Court recommends that the certificate of appealability be denied.

IT IS SO ORDERED this 23rd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE