# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAHMAL SHERWOOD**                                                    **PETITIONER**

**4:26-CV-00418 JM/PSH**

**TIM RYALS, Sheriff, Faulkner County,
and DOUG HUNTER, Administrator/Jailor,
Faulkner County Detention Center**                       **RESPONDENTS**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice.  The relief sought is denied.  The certificate of appealability is denied.

IT IS SO ORDERED this 13th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE